Jeffrey S. Facter (State Bar No. 123817)
Sean T. Strauss (State Bar No. 245811)
SHEARMAN & STERLING LLP
525 Market Street, Suite 150
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

HEINZ BINDER, SBN#87908
WENDY W. SMITH, SBN#133887
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Phone: (408) 295-1700
Fax: (408) 295-1531
Email: heinz@bindermalter.com
Email: wendy@bindermalter.com

Counsel to Edward L. Scarff, Appellant

**IT IS SO ORDERED**
[signature] Judge Edward J. Davila
6/8/2011

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EDWARD L. SCARFF,<br><br>      Debtor. | ) CASE NO.: 5:10-CV-05221-JW<br>)<br>) Chapter 11<br>)<br>) |

## **STIPULATION TO DISMISS APPEAL**

Edward L. Scarff, Appellant, and Questor General Partners, L.P., stipulate that this appeal be dismissed.

Dated: June 8, 2011       BINDER & MALTER, LLP


              By: /s/   Wendy W. Smith
                 Wendy W. Smith
                 Counsel for Appellant

1 | Dated: June 6, 2011

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Harry D. Hochman
    Harry D. Hochman
    Counsel for Appellee